IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOCK MCNEELY,

        Plaintiff,                    No. CIV S-08-2710 GGH P

    vs.

MIKE JONES, et. al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed January 14, 2009, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        As to some defendants, the amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If certain of the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. As to those defendants for whom the court recommends dismissal, a separate findings and recommendations is being filed.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: County of Sacramento; Sacramento County Sheriff John McGinness; Sacramento County Sheriff's Deputies: Captain

Maness, Lieutenant (Lt.) Douglas, Lt. Brezoe, Sergeant (Sgt.) Mike Jones, Sgt. Slabaugh, Hernandez, Grassman, Fuerstenberger; Sacramento County Deputy District Attorney Nancy Ramirez; County of Placer; Placer County Deputy District Attorney David Brody; California Deputy Attorney General Craig Meyers; Carlos Sanchez, Manager of the California Attorney General Records Review Unit.

    2. The Clerk of the Court shall send plaintiff fifteen (15) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed February 10, 2009 (docket # 9).

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 1 above; and

        d. Sixteen (16) copies of the endorsed amended complaint filed February 10, 2009 (docket # 9).

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: April 28, 2009

                /s/ Gregory G. Hollows

                UNITED STATES MAGISTRATE JUDGE

GGH:009
mcne2710.1am

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | IN THE UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 | DOCK MCNEELY, | |
| 11 | Plaintiff, | No. CIV S-08-2710 GGH P |
| 12 | vs. | |
| 13 | MIKE JONES, et. al., | NOTICE OF SUBMISSION |
| 14 | Defendants. | OF DOCUMENTS |
| 15 | / | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _1_    completed summons form

   _15_    completed USM-285 forms

   _16_    copies of the _February 10, 2009 (docket # 9)_
                              Amended Complaint

DATED:

                                                  Plaintiff